No. 184. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WATTS;

No. 185. SAME *v.* SICARD; and

No. 186. SAME *v.* SLOANE. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Samuel Seabury* and *John F. McCabe* for respondents.

No. 187. G. & K. MANUFACTURING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted limited to the question of the application of the statutory provisions as to reorganization. *Mr. Llewellyn A. Luce* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 82. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BLUMENTHAL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Walter H. Liebman, Jr.,* for respondent.

No. 108. SWANSON ET AL, TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Arnold R. Baar* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *A. F. Prescott* for respondent.